PRESTON C. REGEHR (06317)
TechLaw Ventures, PLLC
Attorneys for Testing Engineers International, Inc.
3290 Mayflower Ave.
Lehi, Utah  84048
Telephone: (801) 805-3688
Facsimile: (801) 852-8203

**IN THE UNITED STATES DISTRICT COURT DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| TESTING ENGINEERS INTERNATIONAL, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ICON DIRECT LLC, a Michigan limited liability company,<br><br>Defendant. | Case No. _____<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND AN ACCOUNTING**<br><br>Judge: _____<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, Testing Engineers International, Inc. complains of the defendant, Icon Direct LLC ("Icon Direct"), and alleges as follows:

**NATURE OF THE CASE**

1. This is an action for intentional and unauthorized use of a federal registered certification mark, unjust enrichment, and unfair competition in violation of the Lanham Act, 15 U.S.C. §§ 1051 *et seq*, as well as violations of various state laws set forth herein.

2. Plaintiff Testing Engineers International, Inc. is a recognized tester and certification body that certifies products based on established safety, quality, and regulatory standards.

3. Defendant intentionally altered a third party's product listing sheet issued by

1

Plaintiff, and knowingly used Plaintiff's certification mark and product listing sheet to falsely represent that its products had been tested and certified by Plaintiff.

4. This Complaint seeks injunctive relief, damages, and disgorgement of profits to prevent further intentional misrepresentations, deceptive business practices, and infringement of Plaintiff's federally registered certification mark.

## THE PARTIES

5. Testing Engineers International, Inc. is a Utah corporation with its principal office at 3455 South 500 West, Salt Lake City, Utah 84115 (hereinafter may be referred to as "Plaintiff" or "Testing Engineers"). Testing Engineers tests and certifies a wide variety of products to assure that they meet specific safety, quality, or governmental standards. Testing Engineers also licenses use of its certification mark by licensees whose products it has tested. Testing Engineers' certified products are sold throughout the United States and internationally.

6. Icon Direct, Inc. was formed as a Michigan corporation on or about March 10, 2010, and on or about September 5, 2024, it converted into Icon Direct LLC, a Michigan limited liability company, and has its principal office at 806 S. Division St., Bristol, IN, 46507 (hereinafter referred to as "Defendant" or "Icon Direct"). On information and belief, Icon Direct manufactures, or has manufactured, and sells various products for use on or in trailers, campers, motor homes, and other recreational vehicles.

7. Icon Direct manufactures, or markets and sells, heating systems, water heating systems, lights and lighting equipment, electrical equipment and appliances, plumbing fixtures, and tanks, and other products.

## JURISDICTION AND VENUE

8. This action arises under 15 U.S.C. §§ 1114, 1125(a), and 1125(c) (The Lanham

2

Act), as well as violations of the state laws set forth herein.

9. The court has subject matter jurisdiction over this matter pursuant to (1) 28 U.S.C. §1331, which gives federal district courts original jurisdiction over claims brought under the laws of the United States, (2) 28 U.S.C. §1338, which gives the court jurisdiction over trademark and unfair competition claims, and (3) 28 U.S.C. §1332, which gives the court jurisdiction over actions where the matter in controversy exceeds $75,000 and is between citizens of different states. This court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. §§ 1367 and 1338.

10. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b) because Defendant's unlawful conduct occurred within this jurisdiction, and pursuant to 28 U.S.C. §1391(c)(2) because Plaintiff's principal place of business is within this jurisdiction.

## FACTUAL BACKGROUND

### A. Testing Engineers' Federally Registered Certification Mark

11. Testing Engineers owns U.S. certification mark registration number 2,039,643 which has been registered and continuously used since at least as early as February 25, 1997, for the certification mark shown below (without any color as a feature of the registered mark) (hereinafter referred to as the "**TEi Certification Mark**"):



12. Testing Engineers has never tested any products of Icon Direct, and has never licensed Icon Direct to use the TEi Certification Mark or any mark, product listing sheet, or

intellectual property of Testing Engineers.

13. The TEi Certification Mark is also registered in Canada to Testing Engineers as a certification mark, as Registration Number TMA671405, for certification of the following goods:

(1) Heating and air conditioning systems and components thereof for use in mobile homes and recreational vehicles, namely fuel storage tanks made of metal, and ducting made of metal and connectors for use therewith; Water heating systems and components thereof, for use in mobile homes and recreational vehicles, namely tanks made of metal, tubing made of metal, valves made of metal, and fittings and connectors for use therewith; Gas and electric appliances and components thereof for use in mobile homes and recreational vehicles, namely fuel storage tanks made of metal; and Plumbing systems and components thereof for use in mobile home and recreational vehicles, namely tanks made of metal for storing water or waste water or sewage, tubes made of metal, hose made of metal, pipes made of metal, valves made of metal, and fittings and connectors for use therewith.

(2) Electrical systems and components thereof for use in mobile homes and recreational vehicles namely electric generators; and Gas and electric appliances and components thereof for use in mobile homes and recreational vehicles, namely electric food blenders.

(3) Water heating systems and components thereof, for use in mobile homes and recreational vehicles, namely thermostats, and fittings and connectors for use therewith; Lights and lighting equipment and components thereof for use in mobile homes and recreational vehicles, namely electrical wiring, junction boxes, sockets, switches, and connectors fur use therewith; Electrical systems and components thereof for use in mobile homes and recreational vehicles namely batteries and battery chargers, electric control boxes, vehicle backup cameras and monitors and wiring and connections, burglar alarms, televisions, CD players, DVD players, video tape players, cassette plays, audio amplifiers, audio speakers, wiring, power supply cords, power distribution panels, fuse boxes, switches, and connectors for use therewith; and Gas and electric appliances and components thereof for use in mobile homes and recreational vehicles, namely smoke detectors, carbon dioxide monitors and detectors, and propane gas detectors; Electrical systems and components thereof for use in mobile homes and recreational vehicles namely electric inverters, electric converters.

(4) Heating and air conditioning systems and components thereof for use in mobile homes and recreational vehicles, namely electric or diesel fired or propane furnaces, ventilation fans, air conditioners, and connectors for use therewith; Lights and lighting equipment and components thereof for use in mobile homes and recreational vehicles, namely light fixtures, and bulbs; Gas and electric appliances and components thereof for use in mobile homes and recreational vehicles, namely electric heaters, gas regulators, coffee makers, refrigerators, stoves, ovens, toasters, microwave ovens; and Plumbing systems and components thereof for use in mobile home and recreational vehicles, namely baths, sinks, toilets, shower fixtures, filters, and fittings and connectors for use therewith.

(5) Plumbing systems and components thereof for use in mobile home and recreational vehicles, namely flexible tubes made of plastic, flexible hose made of plastic,

4

flexible pipes made of plastic, and fittings and connectors for use therewith; and Water heating systems and components thereof, for use in mobile homes and recreational vehicles, namely flexible tubing made of plastic, and fittings and connectors for use therewith.

(6) Heating and air conditioning systems and components thereof for use in mobile homes and recreational vehicles, namely ducting made of plastic and connectors for use therewith.

(7) Heating and air conditioning systems and components thereof for use in mobile homes and recreational vehicles, namely fuel storage tanks made of plastic, and connectors for use therewith; Water heating systems and components thereof, for use in mobile homes and recreational vehicles, namely tanks made of plastic, valves made of plastic, and fittings and connectors for use therewith; Gas and electric appliances and components thereof for use in mobile homes and recreational vehicles, namely fuel storage tanks made of plastic; and Plumbing systems and components thereof for use in mobile home and recreational vehicles, namely tanks made of plastic for storing water or waste water or sewage, valves made of plastic, and fittings and connectors for use therewith.

14. Testing Engineers has valid and enforceable registered trademark rights in the TEi Certification Mark in the United States and Canada.

B. **Icon Direct's Unlawful Conduct**

15. On information and belief, on or after July 12, 2018, Icon Direct obtained from a third party, or from TEi's website, a product listing sheet of Testing Engineers, and altered it for Icon Direct's purposes.

16. Icon Direct has since at least as early September 28, 2020, or an earlier date to be proven at trial, without authorization been using the product listing sheets shown on Exhibit "A", attached hereto (hereinafter, the "**Falsified Product Listing Sheets**"), which includes the below certification mark containing the letters "TEi":



This certification mark is—without product testing by TEi, or license or authorization from TEi—

used by Icon Direct on its website recpro.com, to promote all of its products sold at that website. The current usage on that website is at its "certifications" tab, at the following web page:

https://recpro.com/certifications/?srsltid=AfmBOopj8j-qm-dPTt-LPmzvJJqgmLU3K2x-fs1ptNroVKJLIsjkiiUR

A copy of that webpage is attached hereto as Exhibit "B".

17. The Falsified Product Listing Sheets each state the following at the top of the document: "Issued to: RecPro, 806 S Division St., Bristol, IN 46507 USA, Phone: 800-462-4699 Web: www.RecPro.com". That is Icon Direct's contact information, but Testing Engineers has never issued any product listing sheet for Icon Direct or RecPro.

18. Neither Icon Direct nor RecPro has ever submitted any product to Testing Engineers for testing, nor requested that Testing Engineers issue any product listing sheet to Icon Direct or RecPro entity.

19. Neither Icon Direct, nor any RecPro entity, has ever requested any license to use, in USA or Canada, the TEi Certification Mark or any mark, product listing sheet, or intellectual property of Testing Engineers.

20. Neither Icon Direct, nor any entity Icon Direct has acquired, is currently licensed nor has ever been licensed, to use Testing Engineers' TEi Certification mark, or to use any mark, product listing sheet, or test results of Testing Engineers.

21. On information and belief, on or soon after October 30, 2018, Icon Direct (or an entity it acquired) commenced use of the TEi Certification Mark, and use of the Falsified Product Listing Sheets, and has continuously used the TEi Certification Mark, and the Falsified Product Listing Sheets since then.

22. As stated in the Falsified Product Listing Sheets, Icon Direct uses those sheets to falsely certify all of the product it sells for (a) "plumbing requirements for recreational vehicles," (b) "pressure and non-pressure potable water tanks for recreational vehicles," (c) "nonrecirculating

toilets, vacuum toilets, and waste-holding tanks for use in recreational vehicles," and (d) "waste holding tanks for recreational vehicles."

23. Icon Direct ships its products purportedly certified by the Falsified Product Listing Sheets from the United States into Canada for sale and distribution in Canada.

24. Icon Direct's use of the of the TEi Certification Mark, and use of the Falsified Product Listing Sheets, is false, misleading, and likely to cause confusion, mistake, or deception in the marketplace and among members of the public, as to the quality and certification status of Icon Direct's products.

25. Icon Direct is using TEi Certification Mark, and use of the Falsified Product Listing Sheets, it had both actual knowledge and statutory constructive knowledge that the TEi Certification mark was registered in the United States with the Patent and Trademark Office (the "USPTO").

26. Icon Direct's use of the TEi Certification Mark and Falsified Product Listing Sheets constitutes actionable trademark infringement.

27. Before Icon Direct began using the TEi Certification Mark and the Falsified Product Listing Sheets, it and any predecessors of Icon Direct which used the TEi Certification Mark and the Falsified Product Listing Sheets (a) had constructive knowledge under the Trademark Act that the TEi Certification Mark was registered at the USPTO, (b) on information and belief, also had actual knowledge of Testing Engineers and its testing services, its registered TEi Certification Mark, and (c) knew that its products had not been tested by, nor had any license to use the TEi Certification Mark or any product listing sheet issued by Testing Engineers.

28. Even though Icon Direct had constructive knowledge and actual knowledge of the TEi Certification Mark, Icon Direct intentionally made changes to a product listing sheet of Testing

Engineers. Icon Direct altered it to create the Falsified Product Listing Sheets used, and intentionally, deliberately, and knowingly used the TEi Certification Mark without authorization.

29. Icon Direct's unlawful acts complained of herein has caused and will cause irreparable injury to Testing Engineers if not restrained by this Court from further violation of Testing Engineers' rights.

30. Icon Direct has gained profits and advantages as a result of its unlawful acts, in an amount to be proven at trial.

31. Testing Engineers has suffered monetary loss as a result of Icon Direct's unlawful acts, and such acts have caused Testing Engineers general and special damage, including loss of profits and deprivation of the benefit and value of the goodwill attached to Testing Engineers' trademarks, in an amount to be proven at trial.

## FIRST CAUSE OF ACTION
### (Trademark Infringement, Lanham Act, 15 USC § 1141(1))

32. Testing Engineers restates and incorporates by reference the allegations set forth above in Paragraphs 1 through 31 inclusive, above.

33. Testing Engineers' TEi Certification Mark is federally registered as a Certification mark on the USPTO's Principal Register.

34. Icon Direct's conduct, as described above, constitutes the use in commerce of the TEi Certification mark, and is likely to cause confusion, mistake, or deception in the minds of the purchasing public as to the quality, reputation, and certified status of Icon Direct's products.

35. Testing Engineers has not consented to Icon Direct's use of the TEi Certification Mark. Icon Direct had constructive and actual notice that Testing Engineers is the owner of the TEi Certification Mark. Icon Direct also knows that none of its products have been tested or submitted for testing, and are not certified by Testing Engineers.

36. Accordingly, Testing Engineers has been and continues to be damaged by Icon Direct's use of the TEi Certification Mark, and Icon Direct's conduct is therefore in violation of 15 U.S.C. § 1114(1).

## SECOND CAUSE OF ACTION
### (Federal Unfair Competition / False Representations, and False Advertising, LANHAM ACT, 15 U.S.C. § 1125(A))

37. Testing Engineers restates and incorporates by reference the allegations set forth above in Paragraphs 1 through 36 inclusive, above.

38. By engaging in the activities described above, including especially the making and using the Falsified Product Listing sheets, Icon Direct has made and is making false, deceptive, and misleading statements constituting false representations and false advertising and promotional activities, to Icon Direct's customers and potential customers in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

39. Icon Direct's acts described above have caused and are causing irreparable injury to Testing Engineers, its TEi Certification Mark, and to the business and goodwill represented thereby, and unless enjoined, Icon Direct will continue to cause further irreparable injury, whereby Testing Engineers has no adequate remedy at law.

## THIRD CAUSE OF ACTION
### (COMMON LAW AND UTAH UNFAIR COMPETITION)

40. Plaintiff Testing Engineers restates and incorporates by reference the allegations set forth above in Paragraphs 1 through 39 inclusive, above.

41. As set forth herein above, on information and belief, Icon Direct's actions are willful and intentional, have caused, and are likely to cause confusion, mistake, and deception among the purchasing public as to the tested standards and quality of Icon Direct's products relative to Testing Engineers' testing processes and certification standards employed thereby.

42. As a direct and proximate result of Icon Direct's actions, Testing Engineers has been and continues to be damaged.

43. Icon Direct's acts, as set forth above, including its use of the Internet to advertise it's TEi Certification Mark and Falsified Product Listing Sheets, constitutes common law trademark infringement, evidences that Icon Direct intentionally and recklessly intends to defraud or materially cause damage or disruption to any computing resources or to the owner of any computing resources, and malicious cyber activity, all in violation of the Utah Unfair Competition Act, including under Section 13-5a- 102 and 13-5a-103 of the Utah Code Ann.

## FOURTH CAUSE OF ACTION
## (ACTION FOR ACCOUNTING)

44. Plaintiff Testing Engineers alleges and incorporates herein by reference the allegations contained in paragraphs 1 through 43 inclusive, above.

45. By wrongly using and continuing to use without authorization the TEi Certification Mark, Icon Direct has falsely represented to its customers and the public as to the quality, safety and standards of its products, and its rights to use the TEI Certification Mark.

46. Testing Engineers is entitled to an order that Icon Direct account to Testing Engineers for all Icon Direct's profits realized by virtue of Icon Direct's unlawful acts as set forth herein, including for all of its products relative to (a) "plumbing requirements for recreational vehicles," (b) "pressure and non-pressure potable water tanks for recreational vehicles," (c) "nonrecirculating toilets, vacuum toilets, and waste-holding tanks for use in recreational vehicles," (d) "waste holding tanks for recreational vehicles," (e) hoses, (f) test plugs, and (g) any other products that Icon Direct sells using the TEi Certification mark or Falsified Product Listing Sheet.

47. Testing Engineers is entitled to review all of Icon Direct's business records to determine the extent to which Icon Direct wrongfully profited from use of TEi Certification Mark

and any Falsified Product Listing Sheets.

## PRAYER FOR RELIEF (JURY TRIAL DEMANDED)

**WHEREFORE**, Plaintiff Testing Engineers respectfully prays for judgment in its favor and against Icon Direct as follows:

1. For a preliminary and permanent injunction, enjoining and restraining Icon Direct, its agents, servants, representatives, successors, assigns, and others in active concert or participation with them,

    a. From using the TEi Certification Mark, and any mark or product listing sheet of Testing Engineers including any variations or formatives thereof;

    b. From using any other trademark, service mark, product listing sheet, trade name, corporate or entity name, domain name, word or symbol, and from doing any other acts likely to induce the belief that Icon Direct's goods, services, sham goods, sham services, or business are or have ever been tested or certified by Testing Engineers, or that the such goods or services meet the requisite quality, safety or regulatory standards for such products; and

    c. From otherwise engaging in acts of unfair competition, dilution of Testing Engineers' trademarks; and

    d. For an order that Icon Direct recall and destroy, or acceptably and permanently re-label, all products currently in inventory and in the channels of trade and distribution, that use or mention the TEi Certification Mark, including any advertising and promotional materials, and removal of products from Icon Direct's websites, social media content, and third party websites; and

    e. With an injunction directing Icon Direct to file with the Court and serve on

Testing Engineers within thirty (30) days after the service on Icon Direct of such injunction, a report in writing under oath setting forth in detail the manner and form in which Icon Direct has complied with the injunction.

2. For an order holding that Icon Direct's activities relative to its use of the TEi Certification Mark and Falsified Product Listing Sheet constitutes unfair competition, false designation of origin, false representation and false advertising under the Lanham Act.

3. For an order holding that Icon Direct's activities relative to its use of the TEi Certification Mark and Falsified Product Listing Sheet constitute intentional trademark infringement of a certification trademark registered at the USPTO.

4. For an order holding that Icon Direct's activities relative to its use of the TEi Certification Mark and Falsified Product Listing Sheet constitute common law trademark infringement, unfair competition, unfair trade practices, intentional interference with economic advantage, and misappropriation under the federal Lanham Act and under Utah State laws.

5. For an accounting of Icon Direct's profits from its website where the Falsified Product Listing Sheets are located, and all products bearing the TEi Certification Mark.

6. For damages equal to three times the greater of (a) the monetary damages suffered by Testing Engineers including licensing fees and testing fees that Icon Direct would have been required to pay if it had engaged Testing Engineers to test is products, and licensed use of the TEi Certification Mark and of product listing sheets from Testing Engineers, or (b) the profits of Icon Direct, from the time it began using the TEi Certification Mark and the Falsified Product Listing Sheets, for sales from its website where the Falsified Product Listing Sheets are located, and sales of all products bearing the TEi Certification Mark.

7. For punitive damages in an amount to be determined at trial.

8. For prejudgment interest.

9. For an order that Icon Direct pay Testing Engineers' attorneys' fees, and allowable costs associated with this action.

10. For such other relief as this Court may deem just and proper.

**JURY TRIAL DEMANDED.**

DATED this 6th day of August 2025.

Preston C. Regehr
TechLaw Ventures, PLLC
Attorneys for Plaintiffs
Testing Engineers International, Inc.